# EXHIBIT C

IN THE COURT OF COMMON PLEAS
CUYAHOGA COUNTY, OHIO

| | | |
|---|---|---|
| JULIA ALEXANDER, et al., | ) | CASE NO.    868152 |
| | ) | |
| | ) | Kelley Group 96 |
| Plaintiffs, | ) | |
| | ) | JUDGE HARRY A. HANNA |
| vs. | ) | |
| | ) | |
| HONEYWELL INTERNATIONAL, INC., | ) | **PLAINTIFF'S NOTICE OF** |
| et al., | ) | **VOLUNTARY DISMISSAL** |
| | ) | **WITHOUT PREJUDICE AS** |
| Defendants. | ) | **TO VARIOUS DEFENDANTS** |
| | ) | |

Now comes the Plaintiff in the above-captioned case and hereby voluntarily dismisses **Defendants, Arvinmeritor, Inc., BorgWarner Morse TEC, LLC, Bridgestone Americas, Inc., Dana Companies, LLC fka Dana Corporation, Eaton Corporation, Individually and as Successor-in-Interest to Cutler Hammer, Inc., The Goodyear Tire & Rubber Company, Maremont Corporation, Perfection Hy-Test Company, Rockwell Automation, Inc., Tenneco Automative Operating Company, Inc., Uniroyal Holdings, Inc., and Morton International, Inc., only,** without prejudice, pursuant to Rule 41(A)(1)(a) of the Ohio Rules of Civil Procedure.  Plaintiffs reserve the right to re-file the aforementioned dismissed defendants within one year. Each party to bear its own costs.  All claims against all other defendants remain pending.

RESPECTFULLY SUBMITTED,

KELLEY & FERRARO, LLP

By:    /s/ Electronically Filed
       James L. Ferraro (0076089)
       Shawn M. Acton (0072675)
       Brian R. Herberth (0081985)
       2200 Key Tower
       127 Public Square
       Cleveland, Ohio 44114
       (216) 575-0777

       *Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

The foregoing Plaintiff's Notice of Voluntary Dismissal Without Prejudice has been electronically filed this 21st day of February, 2017.

/s/ Electronically Filed
Brian R. Herberth (0081985)